UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOISES RONE, | : |
| Petitioner, | Civ. No. 15-3798 (KM) |
| v. | |
| OSCAR AVILES, | **MEMORANDUM AND ORDER** |
| Respondent. | |

The petitioner, Moises Rone, is an immigration detainee who filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 10, 2015, respondent answered the petition. On August 17, 2015, petitioner filed a reply.

On September 1, 2015, a notice of appearance was filed by petitioner's new pro bono counsel. The notice was accompanied by a motion for leave to file an additional brief to supplement the petitioner's *pro se* brief. Good cause appearing, counsel's request will be granted. Respondent shall of course be given an opportunity to respond to petitioner's supplemental brief.

Accordingly, IT IS this 4th day of September, 2015,

ORDERED that petitioner's motion for an extension of time to file a supplement to his reply brief (Dkt. No. 26) is granted; and it is further

ORDERED that petitioner may file his supplement to his reply brief on or before October 5, 2015; and it is further

ORDERED that, within twenty-one (21) days after petitioner files his supplemental brief, respondent may file a surreply; and it is further

2

ORDERED that no further extensions of the briefing schedule will be granted .

/s/ Kevin McNulty
KEVIN MCNULTY
United States District Judge