UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MOISES RONE,

    Petitioner,

v.

OSCAR AVILES,

    Respondent.

Civ. No. 15-3798 (KM)

**MEMORANDUM AND ORDER**

---

The petitioner, Moises Rone, is an immigration detainee now proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 5, 2015, this Court received a supplemental reply, submitted by counsel on behalf of Mr. Rone in support of his habeas petition. Respondent has already been given the option of submitting a surreply on or before October 26, 2015.

On further consideration, the Court will not just permit, but order, respondent to file a surreply in response to Mr. Rone's reply and supplemental reply briefs. In the surreply, the respondent shall specifically address Mr. Rone's argument in his supplemental reply that he is entitled to federal habeas relief because "the government failed to comply with 8 C.F.R. § 241.4 in conducting Mr. R[one]'s 90-day custody review" (Dkt. No. 28 at p. 18-19), as well as any other issues that the respondent may elect to address.

Accordingly, IT IS this 9th day of October, 2015,

ORDERED that the respondent shall file a surreply on or before October 26, 2015.

                                                    KEVIN MCNULTY
                                                    United States District Judge